FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 3 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-cr-00566 BSM |
| | ) | |
| RONALD CRAIG SMITH | ) | EX PARTE |
| | ) | UNDER SEAL |

**MOTION FOR REVOCATION AND REQUEST FOR WARRANT**

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, moves to revoke defendant Ronald Craig Smith's pretrial release and, in support of its motion, states:

1. Defendant was indicted on October 2, 2019, and released on bond with conditions on October 22, 2019.

2. Among the conditions of bond was the requirement that the defendant not commit any violations of state, local or federal law, must not use or possess any controlled substances, submit to supervision and report for supervision to the U.S. Probation Office, must submit to drug testing as requested by his supervising officer, participate in drug treatment as required by his supervising officer, and maintain regular contact and report to his supervising probation officer.

3. The defendant was initially released on bond conditions that included residential treatment at RCA, to be followed by chemical-free living. On November 7, 2019, the defendant was discharged from RCA for violation of program policy.

4. The defendant never reported this discharge to his supervising officer. His supervising officer attempted to make contact with the defendant, including speaking to family

1

members, but was not successful. The defendant's whereabouts are currently unknown.

**THEREFORE**, based on the defendant's violations of pretrial release as described above, the United States moves that a warrant for the defendant be issued and the defendant be brought before this court to show cause why his conditions of release should not be revoked.

CODY HILAND
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov