IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.   NO. 4:19-CR-566-14 BSM

RONALD CRAIG SMITH

CLERK'S MINUTES

| | |
|---|---|
| Date: | February 3, 2020 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Stephanie Mazzanti for Chris Givens |
| Defense Attorney | Erin Cassinelli |
| ECRO/CRD | Tenesha Brown |

Defendant Ronald Craig Smith appeared before Judge J. Thomas Ray for a hearing on the Government's Motion to Revoke. After argument from counsel, the Court granted the Government's motion and ordered the Defendant remain detained pending the resolution of all charges.