# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:19-CR-00566-BSM-14

RONALD CRAIG SMITH

## ORDER OF DETENTION PENDING TRIAL

On February 3, 2020, the Court held a hearing on the United States' Motion to Revoke the Pretrial Release of Defendant Ronald Craig Smith ("Mr. Smith"). *Doc. 127*. Mr. Smith's attorney admitted her client was discharged from in-patient drug treatment on November 7, 2019 for smoking a cigarette, and thereafter failed to have any communication or contact with his pretrial services officer until he was arrested by the United State Marshals Service on January 30, 2020.

For the detailed reasons stated on the record at the conclusion of the hearing, the Court finds that Mr. Smith violated his O/R Bond and absconded supervision. Given those circumstances, there is no condition or combination of conditions I could impose that Mr. Smith is likely to comply with. *See* 18 U.S.C. § 3148(b)(1)(A) and (2)(B).

Accordingly, the Court concludes that Mr. Smith must be detained until all charges in this case have been resolved.

Mr. Smith is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. He must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Mr. Smith to the United States Marshal for all court appearances.

IT IS THEREFORE ORDERED THAT the Government's Motion to Revoke, *Doc. 127,* is GRANTED and Mr. Smith is HEREBY DETAINED.

IT IS SO ORDERED this 3rd day of February, 2020.

*/s/ J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE